

**Final Claims Register**
Sorted Alphabetically

| Claim Number | Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Date Filed | Total Filed Amount | Unsecured Amount | Secured Amount | Priority Amount | Administrative Priority Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29 | Bold Spring Nursery Pulaski LLC | Attn: Rhenda Varnadoe | 1366 Columbus Hwy | | | Hawkinsville | GA | 31036 | 09/21/2021 | $19,263.13 | $19,263.13 | | | |
| 45 | Cavano's Perennials, Inc. | Attn: Katrin Watkins, Accounting Mgr | 6845 Sunshine Avenue | | | Kingsville | MD | 21087 | 11/15/2021 | $18,581.70 | $18,581.70 | | | |
| 33 | Delmarva Power & Light Company | Attn: Bankruptcy Division | 5 Collins Dr | Ste 2133 | Mail Stop 84CP42 | Carneys Point | NJ | 08069 | 09/28/2021 | $24,716.21 | $24,716.21 | | | |
| 13 | Department of Treasury - Internal Revenue Service | Internal Revenue Service | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | 09/07/2021 | $10,960,325.33 | $9,918,461.98 | $603,331.70 | $438,531.65 | |
| 22 | FedEx Corporate Services, Inc. | | 3965 Airways Blvd | Module G, 3rd Floor | | Memphis | TN | 38116-5017 | 09/16/2021 | $3,592.74 | $3,592.74 | | | |
| 43 | Herc Rentals, Inc | Attn: Bankruptcy Dept. | 27500 Riverview Center Blvd | | | Bonita Springs | FL | 34134 | 11/11/2021 | $5,469.57 | $5,469.57 | | | |
| 62 | J. Frank Schmidt & Son Co. | | PO Box 189 | | | Boring | OR | 97009 | 12/03/2021 | $162,305.87 | $162,305.87 | | | |
| 6 | Komatsu America Corp. t/a Midlantic Machinery | c/o Kind & Dashoff, LLC | Attn: Richard M. Kind | One Church Lane | | Baltimore | MD | 21208 | 09/02/2021 | $8,003.30 | $8,003.30 | | | |
| 18 | Kuenzi Turf Inc. [Kuensi Turf & Nursery Inc, Kuenzi Turf LLC] | c/o Kuenzi Turf & Nursery | Attn: Tyler Kuenzi | 6475 State Street | | Salem | OR | 97317 | 09/07/2021 | $33,542.42 | $33,542.42 | | | |
| 44 | Mayfield Gardens, Inc. | Attn: Harry Hoplamazian | 960 South Hunt Road | | | Newtown Square | PA | 19073 | 11/15/2021 | $248,959.56 | $248,959.56 | | | |
| 56 | North Avenue Capital, LLC | c/o Womble Bond Dickinson (US) LLP | Attn: Lisa Bittle Tancredi | 1313 North Market Street | Suite 1200 | Wilmington | DE | 19801 | 12/02/2021 | See attached addendum | TBD | TBD | | |
| 53 | NORTHERN NURSERIES, INC. | C/O JKM CREDIT SERVICES LLC | PO BOX 38 | | | DRUMS | PA | 18222 | 11/30/2021 | $489.60 | $489.60 | | | |
| 52 | NORTHERN NURSERIES, INC. | C/O JKM CREDIT SERVICES LLC | PO BOX 38 | 1321 WYOMING AVE | | DRUMS | PA | 18222 | 11/30/2021 | $489.60 | $489.60 | | | |
| 37 | Pitney Bowes Global Financial Services LLC | c/o Pitney Bowes Inc | 27 Waterview Dr | 3rd Fl | | Shelton | CT | 06484 | 10/12/2021 | $1,424.46 | $1,424.46 | | | |
| 21 | Rosewoods Transportation, Inc | | PO Box 779 | | | Washougal | WA | 98671 | 09/14/2021 | $11,700.00 | $11,700.00 | | | |
| 63 | Schott Nursery, LLC | | 2932 Basehores Mill Road | | | Taneytown | MD | 21787 | 12/03/2021 | $32,858.25 | $32,858.25 | | | |
| 10 | Stancills, Inc | c/o P. Flanigan and Sons, Incorporated | Attn: Glenn Schultz | 2444 Loch Raven Road | | Baltimore | MD | 21218 | 09/07/2021 | $3,608.80 | $3,608.80 | | | |
| 7 | T. Ward Trucking & Company, LLC | Attn: Gina Ward | 227 Marshall Drive | | | Centreville | MD | 21617 | 09/02/2021 | $23,000.00 | $23,000.00 | | | |
| 1 | Uline | | 12575 Uline Drive | | | Pleasant Prairie | WI | 53158 | 08/20/2021 | $2,026.24 | $2,026.24 | | | |
| 23 | Wall Nurseries, LLC dba Phyto Ecology | Attn: Tabetha Evans | 11890 Ridgely Rd. | PO Box 303 | | Ridgely | MD | 21660 | 09/14/2021 | $2,996.31 | $2,996.31 | | | |



**Final Claims Register**
Sorted by Claim Number

| Claim Number | Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Date Filed | Total Filed Amount | Unsecured Amount | Secured Amount | Priority Amount | Administrative Priority Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Uline | | 12575 Uline Drive | | | Pleasant Prairie | WI | 53158 | 08/20/2021 | $2,026.24 | $2,026.24 | | | |
| 6 | Komatsu America Corp. t/a Midlantic Machinery | c/o Kind & Dashoff, LLC | Attn: Richard M. Kind | One Church Lane | | Baltimore | MD | 21208 | 09/02/2021 | $8,003.30 | $8,003.30 | | | |
| 7 | T. Ward Trucking & Company, LLC | Attn: Gina Ward | 227 Marshall Drive | | | Centreville | MD | 21617 | 09/02/2021 | $23,000.00 | $23,000.00 | | | |
| 10 | Stancills, Inc | c/o P. Flanigan and Sons, Incorporated | Attn: Glenn Schultz | 2444 Loch Raven Road | | Baltimore | MD | 21218 | 09/07/2021 | $3,608.80 | $3,608.80 | | | |
| 13 | Department of Treasury - Internal Revenue Service | Internal Revenue Service | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | 09/07/2021 | $10,960,325.33 | $9,918,461.98 | $603,331.70 | $438,531.65 | |
| 18 | Kuenzi Turf Inc. [Kuensi Turf & Nursery Inc, Kuenzi Turf LLC] | c/o Kuenzi Turf & Nursery | Attn: Tyler Kuenzi | 6475 State Street | | Salem | OR | 97317 | 09/07/2021 | $33,542.42 | $33,542.42 | | | |
| 21 | Rosewoods Transportation, Inc | | PO Box 779 | | | Washougal | WA | 98671 | 09/14/2021 | $11,700.00 | $11,700.00 | | | |
| 22 | FedEx Corporate Services, Inc. | | 3965 Airways Blvd | Module G, 3rd Floor | | Memphis | TN | 38116-5017 | 09/16/2021 | $3,592.74 | $3,592.74 | | | |
| 23 | Wall Nurseries, LLC dba Phyto Ecology | Attn: Tabetha Evans | 11890 Ridgely Rd. | PO Box 303 | | Ridgely | MD | 21660 | 09/14/2021 | $2,996.31 | $2,996.31 | | | |
| 29 | Bold Spring Nursery Pulaski LLC | Attn: Rhenda Varnadoe | 1366 Columbus Hwy | | | Hawkinsville | GA | 31036 | 09/21/2021 | $19,263.13 | $19,263.13 | | | |
| 33 | Delmarva Power & Light Company | Attn: Bankruptcy Division | 5 Collins Dr | Ste 2133 | Mail Stop 84CP42 | Carneys Point | NJ | 08069 | 09/28/2021 | $24,716.21 | $24,716.21 | | | |
| 37 | Pitney Bowes Global Financial Services LLC | c/o Pitney Bowes Inc | 27 Waterview Dr | 3rd Fl | | Shelton | CT | 06484 | 10/12/2021 | $1,424.46 | $1,424.46 | | | |
| 43 | Herc Rentals, Inc | Attn: Bankruptcy Dept. | 27500 Riverview Center Blvd | | | Bonita Springs | FL | 34134 | 11/11/2021 | $5,469.57 | $5,469.57 | | | |
| 44 | Mayfield Gardens, Inc. | Attn: Harry Hoplamazian | 960 South Hunt Road | | | Newtown Square | PA | 19073 | 11/15/2021 | $248,959.56 | $248,959.56 | | | |
| 45 | Cavano's Perennials, Inc. | Attn: Katrin Watkins, Accounting Mgr | 6845 Sunshine Avenue | | | Kingsville | MD | 21087 | 11/15/2021 | $18,581.70 | $18,581.70 | | | |
| 52 | NORTHERN NURSERIES, INC. | C/O JKM CREDIT SERVICES LLC | PO BOX 38 | 1321 WYOMING AVE | | DRUMS | PA | 18222 | 11/30/2021 | $489.60 | $489.60 | | | |
| 53 | NORTHERN NURSERIES, INC. | C/O JKM CREDIT SERVICES LLC | PO BOX 38 | | | DRUMS | PA | 18222 | 11/30/2021 | $489.60 | $489.60 | | | |
| 56 | North Avenue Capital, LLC | c/o Womble Bond Dickinson (US) LLP | Attn: Lisa Bittle Tancredi | 1313 North Market Street | Suite 1200 | Wilmington | DE | 19801 | 12/02/2021 | See attached addendum | | TBD | TBD | |
| 62 | J. Frank Schmidt & Son Co. | | PO Box 189 | | | Boring | OR | 97009 | 12/03/2021 | $162,305.87 | $162,305.87 | | | |
| 63 | Schott Nursery, LLC | | 2932 Basehores Mill Road | | | Taneytown | MD | 21787 | 12/03/2021 | $32,858.25 | $32,858.25 | | | |