# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MOON NURSERIES, INC.[1]<br><br>　　　　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 21-11142 (CSS) |
| In re:<br><br>MOON GROUP, INC., *et al.*[2]<br><br>　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 21-11140 (CSS)<br>(Jointly Administered) |

### APPLICATION OF THE UNITED STATES TRUSTEE FOR ENTRY OF AN ORDER APPROVING THE APPOINTMENT OF DON A. BESKRONE AS CHAPTER 11 TRUSTEE IN MOON NURSERIES, INC.

Andrew R. Vara, United States Trustee for Region Three (the "United States Trustee"), through his counsel, hereby applies to this Court pursuant to Rule 2007.1 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for entry of an order approving the appointment of Don A. Beskrone as the chapter 11 trustee in the above-captioned case of Moon Nurseries, Inc. (the Application"). In support of the Application, the United States Trustee respectfully represents as follows:

---

[1] The last four digits of the Debtor's federal tax identification number are 8411. The Debtor's headquarters and mailing address is 145 Moon Road, Chesapeake City, MD 21915.

[2] The Debtors in these chapter 11 cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: Moon Group, Inc. (7484); Moon Landscaping, Inc. (3442); Moon Nurseries, Inc. (8411); Moon Site Management, Inc. (0250); Moon Wholesale, Inc. (3232); and Rickert Landscaping, Inc. (3988). The Debtors' headquarters and mailing address is 145 Moon Road, Chesapeake City, MD 21915.

**Jurisdiction**

1.  This Court has jurisdiction over the Motion pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.  Pursuant to 28 U.S.C. § 586(a)(3), the United States Trustee is charged with administrative oversight of the bankruptcy system in this District. Such oversight is part of the United States Trustee's overarching responsibility to enforce the laws as written by Congress and interpreted by the courts. *See United States Trustee v. Columbia Gas Systems, Inc. (In re Columbia Gas Systems, Inc.),* 33 F.3d 294, 295-96 (3d Cir. 1994) (noting that United States Trustee has "public interest standing" under 11 U.S.C. § 307 which goes beyond mere pecuniary interest); *Morgenstern v. Revco D.S., Inc. (In re Revco D.S., Inc.)*, 898 F.2d 498, 500 (6th Cir. 1990) (describing the United States Trustee as a "watchdog"); *see also* 11 U.S.C. § 1104(e) (United States Trustee shall seek appointment of a trustee in appropriate circumstances); 28 U.S.C. § 586(a)(8) (United States Trustee's responsibility to seek relief under 11 U.S.C. § 1112(b) in appropriate circumstances).

**Background**

3.  On February 9, 2022, this Court entered an Order directing the appointment of a chapter 11 trustee and granting other relief (Docket No. 530) (the "Order").

4.  Pursuant to the Order, the United States Trustee has appointed as chapter 11 trustee Don A. Beskrone (the "Proposed Trustee") in the above-captioned case of Moon Nurseries, Inc. A copy of the Notice of Appointment is attached hereto as **Exhibit A**.

5.  Counsel for the United State Trustee has consulted with the following parties-in-interest regarding the appointment of the Proposed Trustee: (i) William Hazeltine, of

Sullivan Hazeltine Allinson LLC, counsel to the Debtors; (ii) Lucian Murley, of Saul Ewing Arnstein & Lehr LLP, counsel to the Official Committee of Unsecured Creditors; (iii) Michael Busenkell, of Gellert Scali Busenkell & Brown, LLC, and David Musgrave, of Gordon Feinblatt LLC, counsel to Kore Capital Corp; (iv) Lawrence J. Kotler, of Duane Morris, LLP, counsel to StoneMor Operating LLC; (v) Lisa Tancredi, of Womble Bond Dickinson (US) LLP, counsel for North Avenue Capital, LLC; and (vi) Ronald Drescher, of Drescher & Associations P.A., counsel for Newtek Small Business Finance, LLC; and (vii) Don A. Beskrone, who is the Proposed Trustee.

    6.  To the best of the United States Trustee's knowledge, the Proposed Trustee's connections with the Debtors, creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, and persons employed in the Office of the United States Trustee, are limited to the connections set forth in the verified statement of attached hereto as **Exhibit B**.  Attached as **Exhibit C** is an Affidavit of setting forth other relevant information.

    WHEREFORE, the United States Trustee requests that the Court enter an order, substantially in the form attached hereto as **Exhibit D**, approving the appointment of Don A. Beskrone as chapter 11 trustee in the above-captioned case of Moon Nurseries, Inc.

[the remainder of page intentionally left blank]

| | |
|---|---|
| Dated: February 16, 2022<br>Wilmington, Delaware | Respectfully submitted,<br><br>**ANDREW R. VARA**<br>**UNITED STATES TRUSTEE**<br>**REGIONS 3 AND 9**<br><br>By: */s/ Juliet Sarkessian*<br>Juliet Sarkessian<br>Trial Attorney<br>United States Department of Justice<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>(302) 573-6491<br>(302) 573-6497 (Fax)<br>Juliet.M.Sarkessian@usdoj.gov |