# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MOON GROUP, INC., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 21-11140 (CSS)<br><br>(Jointly Administered)<br><br>**Supplemental Obj. Deadline: March 22, 2022 at 12:00 p.m. (ET)**<br><br>**RE: D.I. 572[2]** |
| In re:<br><br>MOON NURSERIES, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 21-11142 (CSS)<br><br>**Supplemental Obj. Deadline: March 22, 2022 at 12:00 p.m. (ET)**<br><br>**RE: D.I. 23** |

**CERTIFICATION OF COUNSEL REGARDING THE EMERGENCY MOTION OF DON A. BESKRONE, TRUSTEE, FOR ENTRY OF AN ORDER (I) CONVERTING THE CHAPTER 11 CASE OF MOON NURSERIES, INC. TO A CASE UNDER CHAPTER 7, (II) AUTHORIZING THE TRUSTEE TO ABANDON CERTAIN PROPERTY OF THE DEBTORS' ESTATES, AND (III) GRANTING RELATED RELIEF**

I, Ricardo Palacio, an attorney with the law firm of Ashby & Geddes, P.A., proposed counsel to Don A. Beskrone (the "Trustee"), Chapter 7 Trustee of Moon Group, Inc., *et al*. (collectively, the "Chapter 7 Debtors") and Chapter 11 Trustee of Moon Nurseries, Inc.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: Moon Group, Inc. (7484); Moon Landscaping, Inc. (3442); Moon Site Management, Inc. (0250); Moon Wholesale, Inc. (3232); and Rickert Landscaping, Inc. (3988). Debtor Moon Nurseries, Inc. (8411) remains a chapter 11 debtor. The Debtors' headquarters and mailing address is 145 Moon Road, Chesapeake City, MD 21915.

[2] See also Moon Landscaping, Inc., Case No. 21-11141 (CSS), D.I. 25; Moon Site Management, Inc., Case No. 21-11143 (CSS), D.I. 22; Moon Wholesale, Inc., Case No. 21-11144 (CSS), D.I. 20; and Rickert Landscaping, Inc., Case No. 21-11145 (CSS), D.I. 21.

{01782740;v1 }

("Nurseries" and, together with the Chapter 7 Debtors, the "Debtors"), and their respective estates (the "Estates"), hereby certify the following:

1. On March 9, 2022, the Trustee filed the *Emergency Motion of Don A. Beskrone, Trustee, For Entry of an Order (I) Converting the Chapter 11 Case of Moon Nurseries, Inc. to a Case Under Chapter 7, (II) Authorizing the Trustee to Abandon Certain Property of the Debtors' Estates, and (III) Granting Related Relief* [Case No. 21-11140 (CSS), D.I. 572] [Case No. 21-11142 (CSS), D.I. 23] (the "Motion").

2. Pursuant to the notice of hearing for the Motion, responses, if any, to the Motion were to be filed with the Court and served upon undersigned counsel on or before March 14, 2022 at 4:00 p.m. (ET) (the "Objection Deadline").

3. Prior to the Objection Deadline, the Trustee received two informal responses to the Motion by the Office of the United States Trustee (the "UST") and North Avenue Capital LLC ("North Avenue"). No other responses or objections to the Motion have been filed or received.

4. Pursuant to the hearing on March 17, 2022, the Trustee, North Avenue, and Newtek Small Business Finance LLC ("Newtek," and together with North Avenue, the "Term Lenders") conferred and did not reach an agreement regarding financing for the continued operations of Nurseries (or any of the Debtors) such that a sale process could be undertaken. As a result, the Trustee seeks to convert the chapter 11 case of Nurseries, and to abandon certain of the Debtors' property as explained and set forth in the Motion. To that end, the Trustee hereby submits a revised proposed form of order (the "Revised Proposed Order"), attached hereto as **Exhibit A**, reflecting language requested by the UST, as well as certain language requested by the Term Lenders. The Term Lenders have requested additional revisions that the Trustee opposes. For the convenience

of the Court, a blackline of the original order filed with the Motion compared against the Revised Proposed Order is attached hereto as **Exhibit B**.

5. The Revised Proposed Order has been circulated to the Term Lenders (and the DIP Lender) and the UST. The UST does not object to entry of the Revised Proposed Order; however, the Term Lenders object to the Revised Proposed Order.

6. The Trustee understands that the Term Lenders may raise objections to the Revised Proposed Order. At the direction of the Court, parties have until **March 22, 2022 at 12:00 p.m. (ET)** to respond to the Revised Proposed Order (the "Supplemental Objection Deadline").

7. The Trustee intends to proceed with the hearing scheduled on March 23, 2022 at 11:00 a.m. (ET), at which time the Trustee will request entry of the Revised Proposed Order, substantially in the form attached hereto as **Exhibit A**.

| | |
|---|---|
| Dated: March 21, 2022<br>Wilmington, Delaware | **ASHBY & GEDDES, P.A.**<br><br>*/s/ Ricardo Palacio*<br>Ricardo Palacio (DE Bar No. 3765)<br>Gregory A. Taylor (DE Bar No. 4008)<br>500 Delaware Avenue, 8th Floor<br>Wilmington, Delaware 19899-1150<br>Tel: (302) 654-1888<br>Fax: (302) 654-2067<br>Email:  RPalacio@ashbygeddes.com<br>         GTaylor@ashbygeddes.com<br><br>*(Proposed) Counsel to Don A. Beskrone,*<br>*Chapter 7 Trustee to Moon Group, Inc., et al.*<br>*and Chapter 11 Trustee of Moon Nurseries, Inc.* |